UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20-cr-00069 |
| Plaintiff, | |
| | JUDGE MCFARLAND |
| v. | |
| | INDICTMENT |
| MARTREL PHILLIPS, | |
| | 18 U.S.C. § 2 |
| Defendant. | 18 U.S.C. § 922(o) |
| | 18 U.S.C. § 924(a)(2) |
| | |
| | FORFEITURE ALLEGATION |

**THE GRAND JURY CHARGES**:

## COUNT 1

### (Illegal Possession of a Machinegun)

On or about February 8, 2020, in the Southern District of Ohio, the defendant, **MARTREL PHILLIPS**, knowingly possessed a machinegun, as defined by Title 18, United States Code, Section 921(a)(23), and Title 26, United States Code, Section 5845(b), that is, a Glock Model 23, .40 S&W caliber, which shoots automatically more than one shot, without manual reloading, by a single function of the trigger.

**In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).**

### FORFEITURE ALLEGATION

Upon conviction of the offense set forth in Count 1 of this Indictment, the defendant, **MARTREL PHILLIPS**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm and ammunition involved in or used in such violation, including but not limited to:

   a. Glock, Model 23, .40 S&W caliber weapon, serial number UPM524 with any attachments; and
   b. Approximately fifteen (15) rounds of various brands and calibers of ammunition.

A TRUE BILL

/S/
_____
GRAND JURY FOREPERSON

DAIVD M. DEVILLERS
UNITED STATES ATTORNEY

_____
JOHN ZACHARY KESSLER
SPECIAL ASSISTANT UNITED STATES ATTORNEY