# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:20CR-00069 |
| | : | |
| Plaintiff, | : | JUDGE MATTHEW W. MCFARLAND |
| | : | |
| MARTREL PHILLIPS, | : | |
| | : | MOTION TO SUPPRESS |
| Defendant, | : | |

Pursuant to Ohio Rule of Criminal Procedure 47, Defendant respectfully requests this Court for an Order that any recordings relevant to the current case be secured and preserved for evidence. This includes but is not limited to:

1. Any video or audio recordings made at the scene and at the time of the arrest;

2. Any video or audio recordings made at the station;

3. Any other relevant and related video or audio recordings, whether before or after arrest or booking.

Respectfully Submitted,

*/s/: Clyde Bennett II*_____
Clyde Bennett, II (Supreme Court No. 0059910)
119 E. Court Street
Cincinnati, OH  45202
Direct Phone: (513) 233-5555
Office Phone:  (513) 632-9503
Fax: (513) 721-5824
Email: clyde@clydebennettthelaw.com
Website: www.clydebennettthelaw.com
Attorney for Defendant
Martrel Phillips

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was served upon the Assistant United States Attorney by electronically filing the foregoing with Clerk of Court by using the CM/ECF system which will send notification of such filing to the above.

                                                    */s/: Clyde Bennett II*