# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff | Case No. 1:20-cr-69<br>McFarland, J.<br>Litkovitz, M.J. |
| vs. | |
| MARTREL PHILLIPS,<br>    Defendant. | **ORDER** |

This matter is before the Court following a detention hearing on a Petition For Warrant or Summons for Offender Under Supervision. The undersigned ordered the defendant be released on bond with conditions pending resolution of the Petition by District Judge McFarland. The government orally moved to stay the bond order pending an appeal to the District Judge. The government's motion is **GRANTED**.

Date: 7/27/2023

Karen L. Litkovitz
United States Magistrate Judge